— Motion to dismiss appeal denied, with leave to renew if the appeal is not diligently prosecuted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Petition of MANILA IMPORT COMPANY for an Order Directing that the Arbitration Provided for in Certain Contracts in Writing Entered into between the Said Petitioner and INTERNATIONAL REPTILE TANNING COMPANY, Dated April 7, 1930, Proceed Pursuant to the Provisions of Said Contracts and of the Arbitration Law of the State of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

DAVID FISHER and ISIDORE AXELROD v. UNITED STATES CASUALTY COMPANY. — Motion to dismiss appeal denied with leave to renew after decision of the motion for a new trial and without passing in any way upon the delay heretofore indulged in by defendant. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ADELE P. WENISCH, as Executrix, etc., of WILLIAM A. HARD, Deceased, v. ASSUNTA CARNESALE, Impleaded, etc.— Motion to dismiss appeal denied without prejudice to a renewal if defendant is guilty of further delay without fault on the part of the plaintiff. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ARROW IRON WORKS, INC., v. BANK OF YORKTOWN and HARRY B. GREENE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on the 6th day of October, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Removal of FLORA M. KOCH and Others, as Trustees of FIFTH CHURCH OF CHRIST SCIENTIST, NEW YORK, and the Election of RALPH WADSWORTH and Others, as Trustees, etc.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MAX LEVINE and Another v. ISAAC FREEDMAN and Others.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

NETHERLAND HOLDING CORPORATION v. RUSSEL H. KITTEL and Others, Impleaded, etc. RUSSEL H. KITTEL and Another and MABEL B. KITTEL v. NETHERLAND HOLDING CORPORATION.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

RICHARD H. MEEHAN v. THE HAGAN CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

SUSAN CAINES v. ROSE BUCHALTER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST HUTCHINSON and Others. — Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ERNEST HUTCHINSON and Others. — Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.